UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>    Plaintiff,<br><br>  v.<br><br>SACRAMENTO POLICE DEPARTMENT,<br><br>    Defendant. | No.  2:14-cv-1699-JAM-EFB P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On August 5, 2014, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  After an extension of time, plaintiff has filed objections to the findings and recommendations.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  The magistrate judge recommends dismissal of this action without prejudice to its refiling upon pre-payment of a $400 filing fee, based on findings that plaintiff is barred from proceeding in forma pauperis pursuant to 28 U.S.C. §

1

1915(g). For the following reasons, the court declines to adopt the recommendation to dismiss the action.

The magistrate judge finds that plaintiff has sought leave to proceed in forma pauperis under 28 U.S.C. § 1915(a). In fact, while it might be reasonable to anticipate that plaintiff would seek leave to proceed in forma pauperis, the record shows that he has neither filed an in forma pauperis application nor paid the filing fee for this action. The magistrate judge finds that (1) while incarcerated plaintiff has brought at least three prior actions that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted; and (2) plaintiff has not pled facts which suggest he faced "imminent danger of serious physical injury" at the time he filed this action, 28 U.S.C. § 1915(g), and based on those findings recommends dismissal of the action without prejudice to refiling with pre-payment of the filing fee.

The statutory criteria under 28 U.S.C. § 1915(g) preclude prisoners who meet those criteria from proceeding in forma pauperis. Section 1915(g) addresses only whether a prisoner is permitted to proceed in forma pauperis or, instead, must pre-pay the filing fee required by 28 U.S.C. § 1914. Nothing therein authorizes dismissal of an action.[1]

Here, the magistrate judge's findings demonstrate that it would be futile for plaintiff to file an in forma pauperis application. Accordingly, plaintiff's remaining option is to pay the $400 filing fee for this action, and he will be granted thirty days to do so. Failure to comply with this order will result in the dismissal of this action. See Fed. R. Civ. P. 41(b).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings of the magistrate judge filed August 5, 2014, are adopted in part and the accompanying recommendation is not adopted;

2. Plaintiff is granted thirty days from the date of this order in which to pay the $400 filing fee for this action; and

---

[1] Section 1915(g) provides: "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

2. Failure to comply with this order will result in the dismissal of this action. <u>See</u> Fed. R. Civ. P. 41(b).

DATED: October 22, 2014

                                          /s/ John A. Mendez_____

                                          UNITED STATES DISTRICT COURT JUDGE